1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7   KEITH BALL and CATHY BALL

8                           Plaintiffs,          NO:  2:15-CV-104-RMP

9         v.                                     ORDER GRANTING STIPULATED
                                                 MOTION TO DISMISS A PARTY
10  SIMPSON COUNTRYSIDE                          DEFENDANT
    ASSOCIATES, LLC; McCATHREN
11  MANAGEMENT & REAL ESTATE
    SERVICES, INC., agent of
12  McCathren; and TAMMY GUARA,

13                           Defendants.

14        Before the Court is the parties' Stipulated Motion to Dismiss a Party

15  Defendant, ECF No. 14.  In light of the parties' stipulation, the Court grants the

16  motion.

17        Accordingly, **IT IS HEREBY ORDERED**:

18        1.  The parties' Stipulated Motion to Dismiss a Party Defendant, **ECF**

19            **No. 14**, is **GRANTED**.

20  / / /

21  / / /

ORDER GRANTING STIPULATED MOTION TO DISMISS A PARTY
DEFENDANT ~ 1

2.  Defendant Tammy Guara is **DISMISSED WITHOUT PREJUDICE**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **terminate Ms. Guara as a defendant**.

**DATED** this 16th day of July 2015.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS A PARTY DEFENDANT ~ 2