1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7    KEITH BALL and CATHY BALL,

NO:  1:15-CV-104-RMP

8                          Plaintiffs,

ORDER OF DISMISSAL WITH
PREJUDICE

9         v.

10    SIMPSON COUNTRYSIDE
ASSOCIATES, LLC; and

11    McCATHREN MANAGEMENT &
REAL ESTATE SERVICES, INC.,

12                          Defendant.

13

14         **BEFORE** the Court is the parties' Stipulation for Dismissal with Prejudice,

15    ECF No. 22.  Having reviewed the Stipulation and the file and pleadings therein,

16    the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY**

17    **ORDERED:**

18         1.   Plaintiff's Stipulation for Dismissal with Prejudice, **ECF No. 22**, is

19              **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and

20              without costs to any party.

21         2.   All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1        3.  All scheduled court hearings, if any, are **STRICKEN**.

2        The District Court Clerk is directed to enter this Order, provide copies to

3   counsel, and **close this case**.

4        **DATED** this 29th day of October 2015.

5

6                                    _____*s/ Rosanna Malouf Peterson*_____
                                          ROSANNA MALOUF PETERSON
7                                    Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2